No. 11–131. BARR LABORATORIES, INC., ET AL. *v.* CANCER RESEARCH TECHNOLOGY LTD. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 11–156. RHODES ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied.

No. 11–174. GARDEN GROVE UNIFIED SCHOOL DISTRICT *v.* C. B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM BAQUERIZO. C. A. 9th Cir. Certiorari denied.

No. 11–211. LIVE GOLD OPERATIONS, INC. *v.* DOW, ATTORNEY GENERAL OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 11–216. CARRERA ET AL. *v.* COMMERCIAL COATING SERVICES INTERNATIONAL, LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–223. TINSLEY *v.* BARKSDALE. Ct. App. D. C. Certiorari denied.

No. 11–231. DOWNING/SALT POND PARTNERS, L. P. *v.* RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–242. WOODRUFF *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 11–243. SALAZAR ET AL. *v.* CITY OF MAYWOOD, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–244. PARAMOUNT CONTRACTORS & DEVELOPERS, INC. *v.* CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–248. MEZA-CORANO ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–253. KING *v.* PFEIFFER. Ct. Sp. App. Md. Certiorari denied.

No. 11–255. TINSLEY *v.* BARKSDALE. Ct. App. D. C. Certiorari denied.